| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Tyson Takeuchi, SBN 177419<br>1100 Wilshire Blvd Ste 2606<br>Los Angeles, CA 90017<br>(213)637-1566<br>(888)977-6310 fax<br>tyson@tysonfirm.com | |
| ☐ Individual appearing without attorney<br>☒ Attorney for: Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION** ▼

| In re:<br>Srbui Chilingaryan | CASE NO.: 1:14-bk-12912-MT<br>CHAPTER: 7 ▼ |
|---|---|
| | **DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. §§ 706(a) OR 1112(a)** |
| Debtor(s). | |

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. Debtor hereby moves this court for an Order converting the above chapter _7_ case to a case under chapter _13_ on the grounds set forth below:

2. **Filing Information:**

    a. ☒ A Voluntary Petition under chapter    ☒ 7  ☐ 11  ☐ 12  ☐ 13   was filed on: _06/10/2014_

    b. ☐ An Involuntary Petition under chapter   ☐ 7  ☐ 11   was filed on: _____
       ☐ An Order of Relief under chapter        ☐ 7  ☐ 11   was entered on: _____

    c. ☐ An Order of Conversion to chapter      ☐ 7  ☐ 11  ☐ 12  ☐ 13   was entered on: _____

    d. ☐ Other (specify): _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                               Page 1                    F 1017-1.1.MOTION.DEBTOR.CONVERT

3. **Procedural Status**

   a. Name of trustee appointed *(if any)*: David Keith Gottlieb

   b. Name of attorney of record for trustee *(if any)*: _____

4. Debtor alleges that this case has not been previously converted.

5. Debtor alleges that the motion is filed in good faith, and that Debtor is eligible for relief under the chapter for which conversion is requested.

WHEREFORE, Debtor prays that this court issue an Order (the form of which is submitted herewith and has been served) converting this case from one under chapter 7 to a case under chapter 13.

Date: 09/05/2014

Respectfully submitted,

Law Office of Tyson Takeuchi
Printed name of law firm

_____
Signature

Srbui Chilingaryan
Printed name of Debtor/trustee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 1017-1.1.MOTION.DEBTOR.CONVERT**

Main Document    Page 3 of 5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1100 Wilshire Blvd Ste 2606, Los Angeles CA 90017

A true and correct copy of the foregoing document entitled: **DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. §§ 706(a) OR 1112(a)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/05/2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
  David Keith Gottlieb, dkgtrustee@dkgallc.vom
  United State Trustee, ustpregion 16.wh.ecf@usdoj.gov
  Anita Khachikyan, ak@khachlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 09/05/2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/05/2014 | Osheen Lucasian | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 3                                F 1017-1.1.MOTION.DEBTOR.CONVERT

```
Label Matrix for local noticing          San Fernando Valley Division           (p)AMERICAN HONDA FINANCE
0973-1                                   21041 Burbank Blvd,                    P O BOX 168088
Case 1:14-bk-12912-MT                    Woodland Hills, CA 91367-6606          IRVING TX 75016-8088
Central District Of California
San Fernando Valley
Fri Sep  5 15:44:04 PDT 2014

American InfoSource LP as agent for      (p)BANK OF AMERICA                     Bby/cbna
TD Bank, USA                             PO BOX 982238                          50 Northwest Point Road
PO Box 248866                            EL PASO TX 79998-2238                  Elk Grove Village, IL 60007-1032
Oklahoma City, OK  73124-8866


Bill me Later                            Cap One                                Capital 1 Bank
PO BOX 105658                            Po Box 30253                           Attn: Bankruptcy Dept.
Atlanta, GA 30348-5658                   Salt Lake City, UT 84130-0253          Po Box 30285
                                                                                Salt Lake City, UT 84130-0285


Chase                                    Chase Mht Bk                           Chevron Texaco/ Citicorp
P.o. Box 15298                           Attn: Bankruptcy                       Citicorp Credit Svcs/Attn:Centralized Ba
Wilmington, DE 19850-5298                Po Box 15145                           Po Box 20507
                                         Wilmington, DE 19850-5145              Kansas City, MO 64195-0507


(p)CITIBANK                              DSNB Macys                             Discover Bank
PO BOX 790034                            PO BOX 8218                            DB Servicing Corporation
ST LOUIS MO 63179-0034                   Mason, OH 45040-8218                   PO Box 3025
                                                                                New Albany, OH 43054-3025


Discover Fin Svcs Llc                    Dsnb Macys                             First Electronic Bank
Pob 15316                                9111 Duke Blvd                         11781 S. Lone Peak Pkwy #135
Wilmington, DE 19850-5316                Mason, OH 45040-8999                   Draper, UT 84020-6413


GECRB / HH Gregg                         Gecrb/Chevron                          Gecrb/Lowes
Attention: Bankruptcy                    Attention: Bankruptcy                  Attention:  Bankruptcy Department
Po Box 103104                            Po Box 103104                          Po Box 103104
Roswell, GA 30076-9104                   Roswell, GA 30076-9104                 Roswell, GA 30076-9104


Gecrb/care Credit                        Gecrb/toys                             Gemb/walmart
C/o Po Box 965036                        Po Box 965005                          Attn: Bankruptcy
Orlando, FL 32896-0001                   Orlando, FL 32896-5005                 Po Box 103104
                                                                                Roswell, GA 30076-9104


Sears/cbna                               Sears/cbna                             Td Bank Usa/targetcred
Po Box 6189                              Po Box 6282                            Po Box 673
Sioux Falls, SD 57117-6189               Sioux Falls, SD 57117-6282             Minneapolis, MN 55440-0673


United States Trustee (SV)               (p)WELLS FARGO                         Wells Fargo Bank
915 Wilshire Blvd, Suite 1850            P O BOX 9210                           711 W Broadway Rd
Los Angeles, CA 90017-3560               DES MOINES IA 50306-9210               Tempe, AZ 85282-1218
```

Wescom Credit Union
123 S. Marengo Ave
Pasadena, CA 91101-2428

Anita Khachikyan
Khach Law Group, PC
126 S Jackson St Ste 203
Glendale, CA 91205-4920

David Keith Gottlieb (TR)
15233 Ventura Blvd, 9th Floor
Sherman Oaks, CA 91403-2250

Srbui Chilingaryan
7939 Atoll Ave
North Hollywood, CA 91605-1840

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American Honda Finance
6261 Katella Ave # 1 A
Cypress, CA 90630

Bank Of America
Po Box 982235
El Paso, TX 79998

Citibank
Citicorp Credit Services/Attn: Centraliz
Po Box 20507
Kansas City, MO 64195

(d)Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195

(d)Citibank Usa
Citicorp Credit Services/Attn:Centralize
Po Box 20507
Kansas City, MO 64195

(d)Honda Financial Services
PO BOX 60001
City of Industry, CA 91716

Wells Fargo
Mac X2505-036
Po Box 10438
Des Moines, IA 50306

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Prov/new Amer Funding

End of Label Matrix
Mailable recipients    33
Bypassed recipients     1
Total                  34